```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>    Plaintiffs, )<br>)<br>vs. )<br>)<br>THE CITY OF NEW HAVEN, )<br>MISSOURI, )<br>)<br>    Defendants. ) | No. 4:06CV01429 ERW |

<u>**ORDER**</u>

This matter comes before the Court on the Status Report [doc. #10] filed by the parties on April 13, 2007.

The Court's docket is monitored by the Administrative Office of the Federal Judiciary. This case is getting old, and this Court will be responsible for perpetuating judicial inattention to an important case, unless the case is tried or otherwise disposed. Counsel must understand that in staying this case to May 18, 2007, a new Rule 16 Conference is set for **<u>May 24, 2007</u>**, at **<u>8:30 a.m.</u>** at which time I expect this case, if not settled before that time, will get back on track for trial.

**IT IS HEREBY ORDERED** that the parties request to continue stay is GRANTED. All pretrial deadlines are stayed up to and including **<u>May 18, 2007</u>**, at which time the parties shall submit another Status Report to the Court.

**IT IS FURTHER ORDERED** that if the parties are unable to complete settlement documentation by the deadline set forth above, a Rule 16 Conference will be held on **May 24, 2007**, at **8:30 a.m.**

**So Ordered this 16th Day of April , 2007.**

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**